WILLIAM P. DODD, Respondent, *v.* WILLIAM J. ANDERSON, as Administrator of the Estate of WILLIAM H. ANDERSON, Deceased, Appellant.

(Submitted March 14, 1910; decided March 22, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 466.)

---

GEORGE DEIS, SON & COMPANY, Respondent, *v.* HENRY HART, Appellant.

Reported below, 134 App. Div. 994.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for goods alleged to have been sold and delivered.

The motion was made upon the ground that the decision of the Appellate Division was unanimous to the effect that the findings of fact were supported by the evidence and, therefore, cannot be reviewed by the Court of Appeals.

*A. B. Steele* for motion.

*Walter Welch* opposed.

Motion denied, with ten dollars costs.